**Robert INGERSOLL, Appellant, v. UNITED STATES of America, Appellee.**

No. 10712.

Order Set Aside May 4, 1949.

United States Court of Appeals
Sixth Circuit.

Feb. 18, 1949.

Appellant in pro. per.

David C. Walls, of Louisville, Ky., for appellee.

Before HICKS, Chief Judge, and MARTIN and MILLER, Circuit Judges.

PER CURIAM.

This case came on to be heard and has been duly considered upon the transcript of record filed July 1, 1948, and the supplemental transcripts filed August 24, 1948, and January 4, 1949, respectively, and upon the brief of appellant filed February 7, 1949, and the reply brief of the Government; and, waiving non-compliance by appellant with Rule 24(4) of this court, no merit being found in the contentions of appellant Robert Ingersoll, his appeal is, upon motion of the United States Attorney ordered to be dismissed.

**MILLS SUPPLIES CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10726.

United States Court of Appeals
Sixth Circuit.

Feb. 14, 1949.

Thomas J. Bailey, of Lansing, Mich., for petitioner.

Theron L. Caudle, Charles Oliphant, R. Transue, George A. Stinson, Ellis N. Slack, and Fred E. Youngman, all of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This appeal was heard on the record, briefs and oral argument of respective counsel; and it appearing that the findings of the Tax Court on the issue of reasonable compensation are supported by the evidence and are not clearly erroneous; and that such findings do not disregard any uncontradicted testimony of impartial witnesses for the petitioner, such as was the basis for the rulings of this Court in Capital-Barg Dry Cleaning Co. v. Commissioner, 131 F.2d 712, in Wright-Bernet, Inc., v. Commissioner, 172 F.2d 343, and in Roth Office Equipment Co. v. Gallagher, Commissioner, 172 F.2d 452; see Canal Navigation & Trading Co. v. Commissioner, 5 Cir., 168 F.2d 512; it is ordered that the judgment of the Tax Court be and is affirmed.